IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western Division

```
_____ )
                                    )
AMANDA L. THOMAS,                   )
                                    )
              Plaintiff,            )
                                    )
v.                                  )        Civil Action No.: 2:12-cv-3101
                                    )
AUTOZONE, INC. and                  )
AUTOZONERS, LLC,                    )
                                    )
              Defendants.           )
_____ )
```

---

## ORDER ON STIPULATION OF VOLUNTARY DISMISSAL

---

Pursuant to the Notice of Stipulation of Voluntary Dismissal filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore, ORDERED that this case is DISMISSED with prejudice, with each party to bear its own attorney's fees and costs.

SO ORDERED this 20th day of June, 2014.


 s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE